**Craig G. Adamson (0024)**
**Craig A. Hoggan (8202)**
**DART, ADAMSON & DONOVAN**
370 East South Temple, Suite 400
Salt Lake City, Utah 84111-1255
Telephone: (801) 521-6383
choggan@dadlaw.net
**Attorneys for Plaintiffs**

**Richard L. Jenson (11682)**
2244 South 1640 West
Woods Cross, Utah 84087
Tel: 801.383.3710
Fax: 801.649.0984
LJenson@classicaviation.net
**Attorneys for Plaintiffs**

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CLASSIC HELICOPTER GROUP and CLASSIC AIR CARE, dba Classic Lifeguard,<br><br>Plaintiffs,<br><br>v.<br><br>COMMISSION ON ACCREDITATION OF MEDICAL TRANSPORT SYSTEMS and EILEEN FRAZER,<br><br>Defendants. | **NOTICE OF DISMISSAL WITHOUT PREJUDICE**<br><br>Case No. 1:13-CV-000006<br><br>Judge Dee Benson |

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs hereby provide Notice of Dismissal of the present action. The opposing parties have not served either an answer or a motion for summary judgment and therefore this dismissal is intended to be without prejudice, pursuant to Rule 41(a)(1)(A).

**DATED** this 18th day of March, 2013.

                                    DART, ADAMSON & DONOVAN

                                    /s/ Craig A. Hoggan .
                                  Craig G. Adamson
                                  Craig A. Hoggan
                                  Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 18th of March, 2013, I electronically filed the foregoing document with the U.S. District Court.  Notice will automatically be mailed electronically to the following individuals who are registered with the U.S. District Court CM/ECF System:

    Robert S. Prince (2652)
    Christopher S. Hill (9931)
    Shawn T. Richards (11949)
    KIRTON McCONKIE
    60 East South Temple, Suite 1800
    Salt Lake City, UT 84111
    Telephone: (801) 328-3600
    Facsimile: (801) 321-4893
    rprince@kmclaw.com
    chill@kmclaw.com
    srichards@kmclaw.com

    Lawrence J. Field (*admitted pro hac vice*)
    Melanie A. Full (*admitted pro hac vice*)
    LEONARD, STREET AND DEINARD
    150 South Fifth Street, Suite 2300
    Minneapolis, MN 55402
    Telephone: (612) 335-1500
    Facsimile: (612) 335-1657
    lawrence.field@leonard.com
    melanie.full@leonard.com

    Richard L. Jenson (#11682)
    2244 South 1640 West
    Woods Cross, Utah 84087
    Tel: 801.383.3710
    Fax: 801.649.0984
    LJenson@classicaviation.net

            /s/ Craig A. Hoggan    .